**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

Case No.   1:18-cv-4794-ENV-PK

Plaintiff,

- against -

MOBILE EDGE LLC,

Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Mobile Edge LLC.  No Answer has been filed in this case.

Dated:  Brooklyn, New York
        October 2, 2018

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By:*/s/Dan Shaked*_____
   Dan Shaked (DS-3331)
   44 Court St., Suite 1217
   Brooklyn, NY 11201
   Tel. (917) 373-9128
   Fax (718) 704-7555
   e-mail: ShakedLawGroup@Gmail.com